**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORRIS MALAKHA,** individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONWIDE CREDIT, INC.,**<br><br>Defendant. | **Case No.: 15-CV-1562-DMS-MDD**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

**NOTICE OF VOLUNTARY DISMISSAL**                                                      PAGE 1 OF 2

**TO THE COURT:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, MORRIS MALAKHA, ("Plaintiff") hereby voluntarily dismisses this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class.

This action has not been certified as a class and no defendant has filed an answer or a motion for summary judgment. Accordingly, this action may be voluntarily dismissed without a court order.

Dated: October 5, 2016                    Respectfully submitted,

                                          **SINNETT LAW, APC.**

                                          BY: /S/ WAYNE A. SINNETT
                                          WAYNE A. SINNETT, ESQ.
                                          ATTORNEY FOR PLAINTIFF